

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Dean Sopher | Civil Action No. 15cv1757-JLS-BLM |
| **Petitioner,** | |
| V. | |
| J. Lizarraga; Warden | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court adopts the Report and Recommendation and denies each claim of Petitioner's Petition for Habeas Corpus.

Date:    4/19/18

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Lozano

M. Lozano, Deputy